```
QUIN DENVIR, Bar #49374
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELISEO PEREZ-GARCIA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ELISEO PEREZ-GARCIA, et al.,<br><br>　　　　Defendants. | Case No. 1:05-cr-0510 OWW<br><br>STIPULATION TO VACATE STATUS CONFERENCE HEARING; AND ORDER THEREON |

　　　　IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the Status Conference Hearing in the above captioned matter, scheduled for April 25, 2006 at 9:00 a.m. may be vacated.

```
DATED:  April 21, 2006              McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/ Kevin P. Rooney
                                    KEVIN P. ROONEY
                                    Assistant U.S. Attorney
                                    Attorneys for Plaintiff

DATED:  April 21, 2006              DANIEL J. BRODERICK
                                    Acting Federal Defender

                                    /s/ Mark A. Lizarraga
                                    MARK A. LIZARRAGA
                                    Assistant Federal Defender
                                    Attorneys for Defendant
                                    ELISEO PEREZ-GARCIA
```

　　　　THE ABOVE IS SO ORDERED.

```
DATED:__April 27, 2006___           /s/ OLIVER W. WANGER
                                    HON. OLIVER W. WANGER
                                    U.S. District Court Judge
                                    for the Eastern District of Califorina
```