GERSON S. HORN (SBN 40857)
LAW OFFICE OF GERSON S. HORN
11661 San Vicente Boulevard, Suite 903
Los Angeles, California 90049
Telephone: (310) 571-3855
Facsimile:  (310) 571-3515

Attorney for Defendant
HERIBERTO OLGUIN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.  1:05 CR 00510 OWW |
| Plaintiff, ) | |
| vs. ) | **STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE AND ORDER** |
| ELISEO GARCIA PEREZ; HERIBERTO OLGUIN; and CLAUDIA C. AVENDANO, ) | |
| Defendants. ) | **[Hon. Oliver W. Wanger]** |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Eastern District of California, and Defendants Eliseo Garcia Perez, Heriberto Olguin and Claudia C. Avendano, by and through their respective counsel of record, Mark Lizarraga, Gerson S. Horn, and Katherine Hart, hereby stipulate as follows:

    1.    The Indictment in this case was filed on December 15, 2005.

    2.    Defendants Eliseo Garcia Perez, Heriberto Olguin and Claudia C. Avendano were arraigned on December 16, 2006.

    3.    On December 16, 2005, a Status Conference was set for January 9, 2006 at 1:30 p.m.

    4.    On December 28, 2005, a motion and Status Conference hearing as to Defendants

1

1  Eliseo Garcia Perez and Claudia C. Avendano set for January 9, 2006 was continued to
2  January 13, 2006 at 9:00 a.m.
3      5.    On January 13, 2006, a Status Conference was set for February 28, 2006.
4      6.    On January 28, 2006, the Status Conference was continued to April 4, 2006 at
5  9:00 a.m.
6      7.    On April 4, 2006, the Status Conference was continued to May 22, 2006.
7      8.    Counsel requests continuing the Status Conference until June 12, 2006 at 1:30 p.m.
8  as negotiations in regard to a resolution of this matter are continuing and require the additional
9  time to complete.
10      9.    For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,
11  *et seq.*, within which trial must commence:
12      A.    The time period of May 22, 2006 to June 12, 2006 is deemed excludable
13  pursuant to 18 U.S.C. § 3161(h)(8)(A) because it results from a continuance granted by the judge
14  at the defendants' request without government objection on the basis of the judge's finding that the
15  ends of justice served by taking such action outweigh the best interest of the public and the
16  defendant in speedy trial.
17      10.    All defendants are joined for trial and a severance has not been sought.
18      11.    By this Stipulation, the parties jointly move to continue the Status Conference from
19  May 22, 2006 to June 12, 2006 at 1:30 p.m.
20      12.    The parties agree and stipulate that the time period for filing any notices required to
21  be filed by statute, by the Federal Rules of Criminal Procedure, the Federal Rules of Evidence, or
22  any other rule in this matter shall be tolled pending the granting or denial of the parties' request for
23  a continuance of the Status Conference and the setting of a new Status Conference date by the
24  Court.
25      13.    The parties agree and stipulate and request that the Court find that nothing in this
26  Stipulation and Order shall preclude a finding that other provisions of the Speedy Trial Act dictate
27  that additional time periods are excludable from the period within which trial must commence.
28  ///

1     IT IS SO STIPULATED.

2

3 DATED:  May 18, 2006        McGREGOR W. SCOTT
                                        UNITED STATES ATTORNEY

4

5                                 By:  /s/ Kevin P. Rooney
                                        KEVIN P. ROONEY
6                                         Assistant United States Attorney
                              Attorneys for Plaintiff  UNITED STATES

7

8

9 DATED:  May 18, 2006          /s/   Mark Lizarraga
                                        MARK LIZARRAGA
10                                      Assistant Federal Defender
                            Attorney for Defendant ELISEO GARCIA PEREZ

11

12 DATED:  May 18, 2006          /s/   Gerson S. Horn
                                        GERSON S. HORN
13                             Attorney for Defendant HERIBERTO OLGUIN

14

15 DATED:  May 18, 2006          /s/   Katherine Hart
                                        KATHERINE HART
16                             Attorney for Defendant CLAUDIA C. AVENDANO

**O R D E R**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

1. The period from May 22, 2006 to June 12, 2006, inclusive, is an excludable period under 18 U.S.C. §3161; and

2. The Status Conference is continued from May 22, 2006 to June 12. 2006.

IT IS SO ORDERED.

**Dated:   May 18, 2006**                    /s/ Oliver W. Wanger
emm0d6                                          UNITED STATES DISTRICT JUDGE

**STIPULATION RE: CONTINUANCE OF STATUS CONFERENCE**