DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARK A. LIZARRAGA, Bar #186240
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ELISEO PEREZ-GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:05-cr-0510 OWW |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; AND ORDER THEREON |
| v. | ) ) | |
| ELISEO PEREZ-GARCIA, et al., | ) | Date : July 17, 2006 |
| | ) | Time: 9:00 a.m. |
| Defendants. | ) | Dept : Hon. Oliver W. Wanger |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record, that the Status Conference Hearing in the above captioned matter, set for June 12, 2006 at 1:30 p.m. is hereby continued to **July 17, 2006 at 9:00 a.m.**

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for effective defense

///
///
///
///
///
///
///
///

preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

DATED: June 8, 2006

McGREGOR W. SCOTT
United States Attorney

/s/ Kevin P. Rooney
KEVIN P. ROONEY
Assistant U.S. Attorney
Attorneys for Plaintiff

DATED: June 8, 2006

LAW OFFICES OF GERSON S. HORN

/s/ Gerson S. Horn
GERSON S. HORN
Attorney for Defendant
HERIBERTTO OLGUIN

DATED: June 8, 2006

LAW OFFICES OF KATHERINE HART

/s/ Katherine Hart
KATHERINE HART
Attorney for Defendant
CLAUDIA C. AVENDANO

DATED: June 8, 2006

DANIEL J. BRODERICK
Federal Defender

/s/ Mark A. Lizárraga
MARK A. LIZÁRRAGA
Assistant Federal Defender
Attorney for Defendant
ELISEO PEREZ-GARCIA

## O R D E R

IT IS SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(B)(iv).

IT IS SO ORDERED.

**Dated:   June 8, 2006**
emm0d6

*/s/ Oliver W. Wanger*
UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing          2